# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                 Plaintiff,

v.

CHANTELALISHA CLAYTON,

                 Defendant.

Case No. 18-CR-132-JPS

**ORDER**

On June 19, 2018, the grand jury returned an indictment against Defendant, charging her with two counts of distributing oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). (Docket #7). On August 13, 2018, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to both counts of the Indictment. (Docket #12).

The parties appeared before Magistrate Judge William E. Duffin on August 23, 2018 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #14). Defendant entered pleas of guilty as to each count of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty pleas were knowing and voluntary, and that the offenses charged were supported by independent factual bases containing each of the essential elements of the offenses. (Docket #15 at 1).

That same day, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's

pleas of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #15) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 10th day of September, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge